UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

PEDRO LIZ, on behalf of herself and
all others similarly situated,

            Plaintiff,

-against-

WEST MUSIC COMPANY, INC.,

           Defendants.
_____x

Civil Action No.

1:24-cv-3616

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

Plaintiff, Pedro Liz, and Defendant, West Music Company, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: December 19, 2024

By: _/s/ Gabriel Levy_____

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _____

Karla Del Pozo Garcia, Esq.
   *Attorneys for Defendant*
Dentons US LLP (NY)
1221 Avenue of the Americas
New York, NY 10020
T : 212-768-5328
Karla.delpozogarcia@dentons.com