UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────x

PEDRO LIZ, on behalf of herself and
all others similarly situated,

        Plaintiff,

-against-

WEST MUSIC COMPANY, INC.,

        Defendants.
───────────────────────────────x

Civil Action No.

1:24-cv-3616

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE

Plaintiff, Pedro Liz, and Defendant, West Music Company, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: December 19, 2024

By: *Gabriel Levy*
Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _____
Karla Del Pozo Garcia, Esq.
   *Attorneys for Defendant*
Dentons US LLP (NY)
1221 Avenue of the Americas
New York, NY 10020
T : 212-768-5328
Karla.delpozogarcia@dentons.com

**So ordered.**
**The Clerk is directed to close this case.**
**Dated: 12/23/2024**

_____
J. PAUL OETKEN
United States District Judge